1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                No. 2:25-cv-00132-JAM-CSK

         IN RE:  STEVEN WAYNE BONILLA
12                                                No. 2:25-cv-00133-JAM-CSK

13                                                No. 2:25-cv-00134-JAM-CSK

14                                                No. 2:25-cv-00135-JAM-CSK

15                                                No. 2:25-cv-00147-JAM-CSK

16                                                No. 2:25-cv-00183-JAM-CSK

17                                                No. 2:25-cv-00186-JAM-CSK

18                                                No. 2:25-cv-00189-JAM-CSK

19                                                No. 2:25-cv-00190-JAM-CSK

20

21

22

23                                                ORDER

24

25

26          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                                   1

proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00132, 2:25-cv-00133, 2:25-cv-00134, 2:25-cv-00135, 2:25-cv-00147, 2:25-cv-00183, 2:25-cv-00186, 2:25-cv-00189 and 2:25-cv-00190 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

Dated: January 24, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

2